NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: DOCTER OPTICS, SE,**
*Appellant*

---

2017-1126

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/888,706.

---

**JUDGMENT**

---

DEBORAH POLLACK-MILGATE, Barnes & Thornburg LLP, Indianapolis, IN, argued for appellant. Also represented by LEAH LEWIS SIEGEL; RICHARD B. LAZARUS, Washington, DC.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by KAKOLI CAPRIHAN, MARY L. KELLY, THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 17, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |